NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000930
26-SEP-2019
09:04 AM

NO. CAAP-18-0000930

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF JL

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-J NO. 0108403)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed August 28, 2019, by Minor-Appellant JL (JL), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal under Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) attached to the stipulation are declarations by JL and his mother, showing they

understand the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 26, 2019.


Chief Judge


Associate Judge


Associate Judge